# BRENDAN CHAO
ATTORNEY AND COUNSELLOR AT LAW

50 MERRICK ROAD
ROCKVILLE CENTRE, N.Y. 11570
(516) 466-2033
FACSIMILE: (516) 466-2007

E-MAIL: bchao@bchaolaw.com

October 2, 2017

**VIA ECF**

The Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

    Re:    Michiels v. Central Islip School District, et al.
                 Civil Case No. 17-CV-00525 (JMA)(AYS)

Dear Judge Shields:

      This office represents the plaintiff in the above matter. I am pleased to inform the Court that the parties have reached a settlement. The parties are preparing final documents to memorialize the settlement.

      In light of the settlement, the parties respectfully request a stay of all other outstanding deadlines in this matter, including the October 19 settlement conference before you.

      Please contact the undersigned if you have questions, or require additional information.

Respectfully yours,

Brendan Chao

BC/aa

cc:    All Attorneys of Record    **VIA ECF**