UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

KIMBERLY MICHIELS,

             Plaintiff,

-against-

CENTRAL ISLIP SCHOOL DISTRICT and
EDGARD PAEZ,

             Defendants.

----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 31 2017 ★

LONG ISLAND OFFICE

Civil Case No.:
17-CV-525(JMA)(AYS)

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and the attorney of record for the Defendants herein to the above-entitled action, that whereas no party hereto is an infant, an incompetent person for whom a committee has been appointed or a conservatee, and no person not a party has interest in the subject matter of the action, the above entitled action including any counterclaims and cross-claims be, and the same hereby is dismissed with Prejudice as against Defendants, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 2, 2017

By: _____
Brendan Chao, Esq.
Attorney for Plaintiff
50 Merrick Road
Rockville Centre, N.Y. 11570

By: _____
David H. Arntsen, Esq.
DEVITT SPELLMAN BARRETT, LLP
Attorneys for CISD
50 Route 111
Smithtown, N.Y. 11787

By: _____
Kenneth E. Pitcoff, Esq.
MORRIS DUFFY ALONSO & FALEY
Attorneys for Edgard Paez
Two Rector Street, 22nd Floor
New York, N.Y. 10006

So Ordered.
Case Closed.  10/31/17
S/ Joan M. Azrack